Opinion filed February 19, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed February 19, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-08-00227-CV

                                                    __________

 

               IN THE INTEREST OF Z.W.M. AND A.P.A.M., CHILDREN

 



 

                                          On
Appeal from the 35th District Court

 

                                                          Brown
County, Texas

 

                                             Trial
Court Cause No. CV 07-05-189

 



 

                                            M
E M O R A N D U M    O P I N I O N

Tiffany
Ann Sherfield has filed in this court a motion to dismiss her appeal.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

February 19,
2009       

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.